## ** SECTION 362 INFORMATION SHEET **

Neils Christiansen and Elizabeth Christiansen  
DEBTOR

Chapter 13  
Case No.: 08-10905-bam

Wells Fargo Bank, N.A.  
MOVANT

PROPERTY INVOLVED IN THIS MOTION: 171 East Ember Street, Pahrump NV 89048

NOTICE SERVED ON: Debtor(s) __x__ : Debtor (s) Counsel __x__ ; Trustee __x__

DATE OF SERVICE: _____

| MOVING PARTY'S CONTENTIONS: | DEBTOR'S CONTENTIONS: |
|---|---|
| The EXTENT and PRIORITY of LIENS:<br><br>1st Wells Fargo Bank. N.A. $197,491.49 (PB)<br><br>Total Encumbrances: $197,491.49<br><br>APPRAISAL or OPINION as to VALUE:<br>"Per attached Schedule "A" $220,000.00 | The EXTENT and PRIORITY of LIENS:<br><br>1st _____<br><br>2nd _____<br><br>Total Encumbrances: $ 197,491.49<br><br>APPRAISAL or OPINION as to VALUE:<br>220,000.00 |
| TERMS OF MOVANT'S CONTRACT WITH THE DEBTOR<br><br>Amount of Note: $208,785.00<br>Interest Rate: 6.3799999999999999<br>Duration: 30 Year<br>Payment Per Month: $1,733.09<br>Date of Default: January 1, 2010<br>Amount of Arrearages:<br>4 Monthly Payments at $1,733.09  $6,932.36<br>(February 1, 2010 - May 1, 2010)<br>4 Late Charges at $52.10  $208.40<br>(February 1, 2010 - May 1, 2010)<br>Motion for Relief Filing Fee  $150.00<br>Attorneys Fees  $750.00<br>Total  $8,040.76<br>Date of Notice of Default: December 28, 2007<br>SPECIAL CIRCUMSTANCES: I, Gregory L. Wilde, hereby certify that an attempt has been made to confer with debtor(s) counsel, or with debtor(s) and that more than two (2) business days have expired, and that after sincere effort to do so, counsel has been unable to resolve this matter without court action.<br><br>SUBMITTED BY: _____<br>SIGNATURE: /s/ #10099 | OFFER OF "ADEQUATE PROTECTION" FOR MOVANT:<br><br>Make July timely,<br>Arrears over 6 mos<br>Starting 7/20/10<br>Request accounting<br><br>SPECIAL CIRCUMSTANCES:<br><br>SUBMITTED BY: _____<br><br>SIGNATURE: _____ |

```
NEWARK & NEWARK LAW FIRM
RICHARD C. NEWARK, ESQ.
Nevada Bar #002763
NARRAH F. NEWARK, ESQ.
Nevada Bar #008201
201 Las Vegas Blvd, S., #350                       E-Filed on June 8, 2010
Las Vegas, NV 89101
(702) 888-2525
Fax: (702) 888-2526
E-mail: BK@nnbklaw.com
Attorneys for Debtor(s)
```

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:                                    )   Chapter 13
                                          )   Case No. 08-10905-bam
**NEILS CHRISTIANSEN**                    )
**ELIZABETH BRYANT-CHRISTIANSEN**         )
                                          )
                    Debtor(s).            )   DATE:   6/29/2010
                                          )   TIME:   1:30 p.m.

### OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY

COMES NOW, the Debtors, NEILS CHRISTIANSEN and ELIZABETH BRYANT-CHRISTIANSEN, by and through their attorneys, NARRAH F. NEWARK of NEWARK & NEWARK LAW FIRM, and respectfully requests this Court to deny the MOTION FOR RELIEF FROM THE AUTOMATIC STAY filed by WELLS FARGO BANK NA, by and through its attorneys, GREGORY L. WILDE of WILDE & ASSOCIATES and TIFFANY & BOSCO.

### POINTS AND AUTHORITIES

11 USC Section 362 (d) (1) states that the Court may terminate, modify or condition stay

> "for cause, including the lack of adequate protection of an
> interest in property of such party in interest;---"

11 USC Section 362 (d) (2) the Court may terminate, modify or condition a stay

> "with respect to a stay of an act against property under
> subsection (a) of this section, if-

>> (A)    the debtor does not have an equity in such
>>        property AND

...

(B)   such property is not necessary to an effective reorganization

## STATEMENT OF FACTS

Debtors' property has liens of approximately $197,491.49 for the property located at 171 Ember Street, Pahrump, NV 89048, and the home is necessary for an effective reorganization. Debtors believes that they have minimal equity in the property.

11 USC Section 362 (d) (1) may apply as:

1. Debtors acknowledge that if they are late on the post petition mortgage payments, they will need some time to acquire the necessary funds to cure all post-petition arrearages.

2. Debtors advise that recent payments have been made on this account and request an accounting of their post-petition payments to see where the funds were applied.

3. Debtors would like to enter into an Adequate Protection Order and propose the following:

   a. Make the July payment timely; and

   b. Pay any arrears over six months beginning July 20, 2010.

4. Debtors are beginning the process of a loan modification with the lender and are waiting for the original packet to fill out and return. However, Debtors' intention is to stay current on future post-petition mortgage payments.

THEREFORE, Debtors request that the motion filed be denied under 11 USC Section (d) (1) or (2), and that any action on creditor's behalf be stayed for an adequate amount of time to allow Debtors to become current on the post petition mortgage arrearages, if necessary, and/or to Stipulate to an Order Re Adequate Protection.

Respectfully submitted:

NEWARK & NEWARK

By: /s/ NARRAH F. NEWARK
NARRAH F. NEWARK, ESQ.
NB#008201
Attorney for Debtor(s)

2

## CERTIFICATE OF MAILING OF OPPOSITION TO MOTION
## FOR RELIEF FROM AUTOMATIC STAY

I hereby certify that on   June 8, 2010  , I faxed and mailed a true and correct copy by facsimile and by first class mail, postage prepaid, to the below named the OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY:

WF Bank
c/o Greg Wilde, Esq.
Wilde & Associates
208 S. Jones
Las Vegas, NV 89107
**VIA FACSIMILE & ECF**

Rick Yarnall, Trustee
701 E Bridger #820
Las Vegas, NV 89101
**VIA ECF**

Neils Christiansen
Elizabeth Bryant-Christiansen
171 Ember Street
Pahrump, NV 89048

/s/ Betsy L. Smith
An employee of NEWARK & NEWARK LAW FIRM