Entered on Docket
September 13, 2010

*Bruce A. Markell*
Hon. Bruce A. Markell
__United States Bankruptcy Judge__

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
Wells Fargo Bank, N.A.
10-71703

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-08-10905-bam |
| Neils Christiansen and Elizabeth Bryant-Christiansen | MS Motion No. 52<br>Date: June 29, 2010<br>Time: 1:30 p.m. |
| | Chapter 13 |
| _____ Debtors. | |

### ORDER RE ADEQUATE PROTECTION

Secured Creditor's Motion for Relief from the Automatic Stay having come on for hearing in the above-entitled Court, all appearances as noted on court record, and based upon all the papers and pleadings on file herein and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the debtors will cure the post-petition arrearages currently due as follows:

| | |
|---|---:|
| 1 Monthly Payment at $1,733.09 (May 1, 2010 - May 1, 2010) | $1,733.09 |
| 2 Monthly Payments at $1,675.86 (June 1, 2010 - July 1, 2010) | $3,351.72 |
| Motion for Relief Filing Fee | $150.00 |
| Attorneys Fees | $750.00 |
| Accrued Late Fees | $260.50 |
| Suspense Amount | ($260.14) |
| Total | $5,985.17 |

The total arrearage shall be paid in six monthly installments. Payments one through five (1-5) in the amount of $997.53 shall be in addition to the regular monthly payment and shall be due on or before the 20th day of the month commencing with the August 20, 2010 payment and continuing throughout and concluding on or before December 20, 2010. The sixth final payment in the amount of $997.52 shall be paid on or before January 20, 2011.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least five business days' notice of the time, place and date of sale.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Debtors shall resume and maintain the regular monthly payments in a timely fashion, commencing with August payment outside of any Bankruptcy Plan, beginning with the , payment, on Secured Creditor's Trust obligation, encumbering the subject Property, generally described as 171 East Ember Street , Pahrump, NV 89048, and legally described as follows:

> LOT 4 IN BLOCK 21 OF CALVADA VALLEY UNIT NO. 4-A, AS SHOWN BY MAP THEREOF RECORDED FEBRUARY 5, 1971, IN THE OFFICE OF THE COUNTY RECORDER OF NYE COUNTY, UNDER DOCUMENT NO. 22086, NYE COUNTY, NEVADA RECORDS.
> EXCEPTING THEREFROM ALL OIL, GAS AND MINERAL RIGHTS IF ANY.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that if the Debtors fail to make any payments as stated in this Order, or fail to maintain the regular monthly payments on Secured Creditor's Trust Deed obligation, allowing the normal grace period, then Secured Creditor may file and serve upon Debtors and Debtors' counsel, a fifteen (15) Day Notice Declaration Re Breach of Condition. For each such Declaration Re Breach of Condition filed, there shall be assessed an attorney fees of $100.00, to be paid by the Debtors upon any reinstatement. If upon the sixteenth

1  (16th) day Debtors have failed to cure the delinquency, then Secured Creditor may submit to this
2  Court an Order vacating the automatic stay as to Secured Creditor, and Secured Creditor may
3  thereafter proceed with foreclosure proceedings upon the subject Property, pursuant to applicable
4  State Law, and take any action necessary to obtain complete possession thereof.

Submitted by:
WILDE & ASSOCIATES

By /s/ Wilde #10079
GREGORY L. WILDE, ESQ.
Attorneys for Secured Creditor
212 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED AS TO FORM & CONTENT:

Rick A. Yarnall

By /s/ 9-2-10

Rick A. Yarnall
Chapter 13 Trustee
701 Bridger Avenue #820
Las Vegas, NV 89101

Narrah F. Newark

By /s/

Narrah F. Newark
Attorney for Debtors
201 LAS VEGAS BLVD., S., #350
Las Vegas, NV 89101

Nevada Bar No. 2763

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

____ The court has waived the requirements set forth in LR 9021(b)(1).
____ No party appeared at the hearing or filed an objection to the motion.
_x_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each property and whether the party has approved, disapproved, or failed to respond to the document]:

_x_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Debtor's counsel:
_X_ approved the form of this order    ____ disapproved the form of this order
____ waived the right to review the order and/or    ____ failed to respond to the document
____ appeared at the hearing, waived the right to review the order
____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
_X_ approved the form of this order    ____ disapproved the form of this order
____ waived the right to review the order and/or    ____ failed to respond to the document

____ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
____ approved the form of this order    ____ disapproved the form of this order
____ waived the right to review the order and/or    ____ failed to respond to the document
____ appeared at the hearing, waived the right to review the order
____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

____ approved the form of this order    ____ disapproved the form of this order
____ waived the right to review the order and/or    ____ failed to respond to the document

____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor